```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 40012
    KENNETH ROGUS
    DENISE ROGUS                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0479    SSN XXX-XX-5979

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/23/05 and confirmed on 02/09/06.

    2.  The case was converted to Chapter 7 after confirmation, 10/17/2007.

    3.  The Debtor paid a total of $ 16800.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 16815.53 | .00 | 12521.91 |
| QUINLAN & FABISH | SECURED | 434.80 | 26.80 | 319.25 |
| VILLAGE OF MONEE | SECURED | 262.04 | 16.75 | 189.40 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ATHLETICO LTD | UNSECURED | NOT FILED | .00 | .00 |
| BAY AREA CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 720.00 | .00 | .00 |
| COLUMBIA HOUSE SERVICE C | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISTRICT 2016 | UNSECURED | NOT FILED | .00 | .00 |
| EPMG OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 1404.98 | 163.97 | 1018.39 |
| KANKAKEE RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| METRA TICKET COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 355.12 | .00 | .00 |
| ORTHOPEDIC ASSOC OF KANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PSYCHIATRIC ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| RIVERSIDE COMMUNITY HEAL | UNSECURED | NOT FILED | .00 | .00 |
| RIVERSIDE COMMUNITY HEAL | UNSECURED | NOT FILED | .00 | .00 |
| RIVERSIDE MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS BELL TELEPHONE | UNSECURED | 804.99 | .00 | .00 |

```
SOUTHLAND BONE & JOINT I  UNSECURED      NOT FILED              .00           .00
SPRINT                    UNSECURED      NOT FILED              .00           .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED              .00           .00
VIKING COLLECTION SERVIC  UNSECURED      NOT FILED              .00           .00
CHECK INTO CASH INC       UNSECURED         252.00              .00           .00
QUINLAN & FABISH          UNSECURED          39.38              .00           .00
      Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 18917.35          .00      2171.49         .00     21088.84
PRINCIPAL PAID     14048.95          .00          .00         .00     14048.95
INTEREST PAID        207.52          .00          .00         .00       207.52
TOTAL PAID         14256.47          .00          .00         .00     14256.47
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2700.00
and was paid $    800.00   direct and $   1900.00   through the plan.

The Trustee received $     643.53 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/14/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 40012 KENNETH ROGUS & DENISE ROGUS